■ In the Matter of NATHANIEL JJ., a Person in Need of Supervision. DUTCHESS COUNTY PROBATION DEPARTMENT, Respondent; NATHANIEL JJ., Appellant. [710 NYS2d 258] —Crew III, J. Appeal from an order of the Family Court of Columbia

---

County (Czajka, J.), entered January 20, 1999, which granted petitioner's application, in a proceeding pursuant to Family Court Act article 7, to revoke a prior order of probation and placed respondent in the custody of the Columbia County Commissioner of Social Services for a period of 18 months.

Inasmuch as respondent has been released from placement, the instant appeal is moot. As no exception to the mootness doctrine may be discerned (*see, Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715), the appeal is dismissed.

Mercure, J. P., Peters, Graffeo and Mugglin, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.